UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN GRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIXARBIO CORPORATION, f/k/a BMP HOLDINGS, INC., and FRANCIS REYNOLDS,<br><br>　　　　　　　　　　　Defendants. | Case No.: 1:17-cv-10157 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Ryan Graham ("Graham"), by and through his undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his complaint against Defendants PixarBio Corporation, f/k/a BMP Holdings, Inc., and Francis Reynolds without prejudice.

This is a securities class action and another action is pending against PixarBio Corporation in the United States District Court for the District of New Jersey. The plaintiff in that action appears to have a larger financial interest in the action than Graham and the class action against Pixar Bio will proceed in that jurisdiction. Graham has received no consideration of any kind for the dismissal.

Dated: April 4, 2017

Respectfully submitted,

/s/ Jeffrey C. Block
Jeffrey C. Block (BBO # 600747)
Bradley Vettraino (BBO # 691834)
BLOCK & LEVITON LLP
155 Federal Street, Suite 400
Boston, MA 02110

Tel.: 617.398.5600
Fax: 617.507.6020
Jeff@blockesq.com
Bradley@blockesq.com

*Counsel for Plaintiff Ryan Graham*